# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0328

VERSUS

WILLIE CAULEY

**APRIL 16, 2020**

---

In Re:    Willie Cauley, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 601363

---

BEFORE:  **WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED.** The petition in this matter was filed on March 23, 2020. According to the St. Tammany Parish Clerk of Court's Office, on March 30, 2020, the district court directed the matter to be set for hearing. However, according to the clerk's office, this matter has not yet been heard and that office cannot provide this court with a date that it will be heard. Considering the above, and in accordance with the Louisiana Supreme Court's order issued April 6, 2020, deeming bond hearings as matters that should be handled expeditiously, the district court is ordered to rule on relator's "Petition for Writ of Habeas Corpus/Bail Reduction/Habeas Corpus Ad Testificandum," filed March 23, 2020, on or before April 23, 2020.

VGW
JMG

**Burris, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.